# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  SCHEDULE OF HOLIDAYS FOR :   No. 475
         YEAR 2018 FOR STAFFS OF    :   Judicial Administration
         THE APPELLATE COURTS AND :   Docket
         THE ADMINISTRATIVE OFFICE : 
         OF PENNSYLVANIA COURTS    : 

## ORDER

**PER CURIAM**:

    **AND NOW**, this 21st day of December, 2016, it is hereby ordered that the following paid holidays for calendar year 2018 will be observed on the dates specified below by all employees of the appellate courts and the Administrative Office of Pennsylvania Courts:

| | | |
|---|---|---|
| January | 01, 2018 | New Year's Day |
| January | 15, 2018 | Martin Luther King, Jr. Day |
| February | 19, 2018 | Presidents' Day |
| March | 30, 2018 | Good Friday |
| May | 28, 2018 | Memorial Day |
| July | 04, 2018 | Independence Day |
| September | 03, 2018 | Labor Day |
| October | 08, 2018 | Columbus Day |
| November | 06, 2018 | Election Day** |
| November | 12, 2018 | Veterans' Day (Observed) |
| November | 22, 2018 | Thanksgiving Day |
| November | 23, 2018 | Day after Thanksgiving |
| December | 25, 2018 | Christmas Day |

    **AOPC only; Appellate courts will be open.